# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 13, 2014

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106

RE:  14-1329  Dustin Honken v. United States

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register

with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl.
Questions about CM/ECF may be addressed to the Clerk's office.

                                        Michael E. Gans
                                        Clerk of Court

JMH

Enclosures

cc:     Mr. Dustin Lee Honken
        Ms. Patrice A. Murray
        Mr. Rob Phelps
        Mr. Charles J. Williams

        District Court Case Number:   3:10-cv-03074-LRR

**Caption For Case Number:   14-1329**

Dustin Lee Honken

       Petitioner - Appellant

v.

United States of America

       Respondent - Appellee

**Addresses For Case Participants:   14-1329**

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106

Mr. Dustin Lee Honken
FEDERAL CORRECTIONAL INSTITUTION
06951-029
P.O. Box 33
Terre Haute, IN  47808

Mr. Charles J. Williams
U.S. ATTORNEY'S OFFICE
Northern District of Iowa
111 Seventh Avenue, S.E.
Cedar Rapids, IA  52401

Ms. Patrice A. Murray
Federal Building & U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA  52401

Mr. Rob Phelps
U.S. DISTRICT COURT
Northern District of Iowa
111 Seventh Street, S.E.
Box 12
Cedar Rapids, IA  52401-2102