IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14-1329
(District Court Case No. CV-10-3074-LRR (N.D. Iowa))
**CAPITAL § 2255 PROCEEDINGS**

DUSTIN HONKEN,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR SCHEDULING ORDER TO FILE
PETITION FOR CERTIFICATE OF APPEALABILITY**

Appellant Dustin Honken, through counsel, respectfully asks this Court to
grant him forty-five days within which to file his Petition for a Certificate of
Appealability from the decision of the United States District Court for the
Northern District of Iowa denying Appellant's motion pursuant to 28 U.S.C. §
2255 and denying a certificate of appealability. The Government does not oppose
this request. In support of this Motion, Appellant states:

1.      Appellant is a death-sentenced federal prisoner.

2.      On August 30, 2001, Appellant was charged in a seventeen-count
indictment for five murders arising out of a drug conspiracy and continuing

Appellate Case: 14-1329     Page: 1     Date Filed: 02/18/2014 Entry ID: 4124545

criminal enterprise.  (N.D. Iowa Case No. 01-CR-3047-MWB, Dkt. No. 1.)  Trial was held between August 17, 2004, and October 27, 2004.  Appellant was convicted on all counts and was sentenced to death on some counts and to imprisonment on other counts.

3.      This Court affirmed Appellant's convictions and sentences.  *United States v. Honken*, 541 F.3d 1146 (2008), *cert. denied*,130 S. Ct. 1011 (2009).

4.      On December 13, 2010, Appellant filed a motion pursuant to 28 U.S.C. § 2255.  (N.D. Iowa Case No. CV-10-3074-LRR, Dkt. No. 1.)  An evidentiary hearing was held between October 31, 2011, and November 3, 2011.

5.      On October 4, 2013, the District Court denied the § 2255 motion *in toto* and denied a certificate of appealibility on all claims.  (*Id.*, Dkt. Nos. 99, 100.) On November 1, 2013, Appellant filed a Rule 59 motion, which the District Court denied on December 11, 2013.  (*Id.*, Dkt. Nos. 101, 104.)

6.      Appellant filed a *Notice of Appeal* in the District Court on February 7, 2014.  (*Id.*, Dkt. No. 105.)

7.      The pre-trial, trial, appeal, and post-conviction record in this case spans many thousands of pages and involves complex issues of procedural and constitutional law.  The District Court's opinion denying relief is itself nearly four-hundred pages long.

2

Appellate Case: 14-1329    Page: 2    Date Filed: 02/18/2014 Entry ID: 4124545

8. As a federal death penalty case, this matter warrants the most effective advocacy by undersigned counsel and the most careful scrutiny by this Court.

9. In order to prepare a petition for certificate of appealability that meets the high standard of advocacy expected by this Court, counsel must review the record thoroughly, research the availability and propriety of a certificate of appealability as to each of Appellant's claims for relief, and consult with Appellant, who is imprisoned in Terre Haute, Indiana. Accordingly, Appellant requests forty-five days within which to file a Petition for Certificate of Appealability.

10. Undersigned counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

3

Appellate Case: 14-1329    Page: 3    Date Filed: 02/18/2014 Entry ID: 4124545

WHEREFORE, Mr. Honken asks this Court to grant him forty-five days within which to file a Petition for Certificate of Appealability.

Respectfully Submitted,

/s/ Shawn Nolan

_____
Shawn Nolan
Aren Adjoian
Timothy Kane
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:          February 18, 2014

Appellate Case: 14-1329     Page: 4     Date Filed: 02/18/2014 Entry ID: 4124545

**Certificate of Service**

I, Shawn Nolan, hereby certify that on this 18th day of February, 2014,
I filed the foregoing motion with service via first class mail to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Shawn Nolan

_____

Shawn Nolan