## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 02/18/2014

**Case Name:**    Dustin Honken v. United States
**Case Number:**  14-1329

**Docket Text: CORRECTED**
MOTION for extension of time to file brief until 04/04/2014, filed by Attorney Shawn Nolan for Appellant Mr. Dustin Lee Honken w/service 02/18/2014. [4124545] [14-1329]

MOTION for extension of time to file Application for a certificate of appealability until 04/04/2014, filed by Appellant Mr. Dustin Lee Honken filed by Attorney Shawn Nolan for Appellant Mr. Dustin Lee Honken w/service 02/18/2014. [4124545] [14-1329]—

[Edited 02/20/2014 by JMH]

**The following document(s) are associated with this transaction:**
Document Description:  Unopposed Motion for Scheduling Order to File Petition for COA
Document Description:  html notice of docket activity (generated 02/18/2014 13:48:05)
Document Description:  plain text notice of docket activity (generated 02/18/2014 13:48:05)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Shawn Nolan: shawn_nolan@fd.org
Mr. Charles J. Williams: cj.williams@usdoj.gov