# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1329

Dustin Lee Honken

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:10-cv-03074-LRR)
_____

**ORDER**

Motion of Appellant, Mr. Dustin L. Honken, for extension of time to file an application

for a certificate of appealability until April 4, 2014, is granted.

No further extensions will be granted.

February 24, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans