Case No. 14-1329
CAPITAL § 2255 PROCEEDINGS

DUSTIN HONKEN,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

**UNOPPOSED MOTION FOR LEAVE
TO FILE OVERLENGTH PETITION**

Appellant Dustin Honken, through counsel, respectfully asks this Court to accept his overlength Petition for a Certificate of Appealability that is being filed subsequent to this Motion. The Petition is 60 pages long. The Government does not oppose this request. In support of this Motion, Appellant states:

1. Appellant is a death-sentenced federal prisoner.

2. On August 30, 2001, Appellant was charged with five murders arising out of a drug conspiracy and continuing criminal enterprise. (N.D. Iowa Case No. 01-CR-3047-MWB, Dkt. No. 1.) Appellant was convicted and was sentenced to death on some counts and to life imprisonment on other counts. This Court

affirmed. *United States v. Honken*, 541 F.3d 1146 (2008), *cert. denied*,130 S. Ct. 1011 (2009).

3.     On December 13, 2010, Appellant filed a motion pursuant to 28 U.S.C. § 2255 raising twenty grounds for relief.  (N.D. Iowa Case No. CV-10-3074-LRR, Dkt. No. 1.)

4.     On October 4, 2013, the District Court denied relief and denied a certificate of appealibility.  (*Id.*, Dkt. Nos. 99, 100.)

5.     Appellant filed a timely *Notice of Appeal* on February 7, 2014.  (*Id.*, Dkt. No. 105.)

6.     The pre-trial, trial, appeal, and post-conviction record in this case spans many thousands of pages and involves complex issues of procedural and constitutional law.  The District Court's opinion denying relief is itself nearly four-hundred pages long.

7.     As a federal death penalty case, this matter warrants the most effective advocacy by undersigned counsel and the most careful scrutiny by this Court.

8.     Fed. R. App. P. 5(c) requires the Court's permission for a petition for permission to appeal that exceeds 20 pages.  In light of the voluminous record, the complexity of the issues, and the importance of this matter, the Petition being filed

2

on this date is 60 pages long. Counsel endeavored to select and present the issues in a concise manner, but found that a shorter submission was not feasible given their professional duties to Mr. Honken and to the Court. Accordingly, counsel respectfully requests that the Court accept the Petition as filed.

9. Undersigned counsel has communicated with Government counsel, C.J. Williams, who has authorized the undersigned to represent that the Government has no objection to this request.

3

Appellate Case: 14-1329   Page: 3   Date Filed: 04/04/2014 Entry ID: 4141106

WHEREFORE, Mr. Honken asks this Court to accept the overlength Petition for

Certificate of Appealability being filed on this date.


Respectfully Submitted,

 /s/ Shawn Nolan

_____
Shawn Nolan
Aren Adjoian
Timothy Kane
Capital Habeas Corpus Unit
Federal Community Defender
Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, Pennsylvania 19106
215-928-0520

Dated:        April 4, 2014

Appellate Case: 14-1329    Page: 4    Date Filed: 04/04/2014 Entry ID: 4141106

**Certificate of Service**

I, Shawn Nolan, hereby certify that on this 4th day of April, 2014, I filed the foregoing motion with service via first class mail to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
401 First Street, S.E.
Hach Building, Suite 400
Cedar Rapids, IA 52401-1825

/s/ Shawn Nolan

_____

Shawn Nolan