14-1329 Dustin Honken v. United States

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/04/2014

**Case Name:**    Dustin Honken v. United States
**Case Number:**  14-1329

**Docket Text:**
MOTION to file an overlength application for COA by Attorney Shawn Nolan for Appellant Mr. Dustin Lee Honken w/service 04/04/2014. [4141106] [14-1329]

**The following document(s) are associated with this transaction:**
Document Description:  Motion for Leave to File Overlength Petition
Document Description:  html notice of docket activity (generated 04/04/2014 15:26:54)
Document Description:  plain text notice of docket activity (generated 04/04/2014 15:26:54)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Shawn Nolan: shawn_nolan@fd.org
Mr. Charles J. Williams: cj.williams@usdoj.gov