DUSTIN LEE HONKEN,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

No. C 10-3074-LRR
No. CR 01-3047-MWB

JUDGMENT

**DECISION BY COURT.**  This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order filed on October 4, 2013 (doc. no. 99):

The movant's motion for relief under 28 U.S.C. § 2255 and/or 28 U.S.C. § 2241 is granted in part and denied in part.  The conspiracy murder convictions (count 8 through count 12 of the superseding indictment) are vacated.  An amended judgment reflecting such change will issue forthwith.  In the event that the movant paid any special assessment fees in association with count 8 through count 12 of the superseding indictment, the clerk's office is directed to refund them.  A certificate of appealability with respect to the movant's motion for relief under 28 U.S.C. § 2255 is denied.

Dated October 4, 2013

ROBERT L. PHELPS
CLERK

_____

Deputy Clerk