# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 08, 2014

Mr. Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA  19106

     RE:  14-1329  Dustin Honken v. United States

Dear Sir:

     The application for a certificate of appealability you filed in this appeal has been accepted.  There will be no action taken on your motion to file same.

     Michael E. Gans
     Clerk of Court

JMH

cc:    Mr. Dustin Lee Honken
       Mr. Charles J. Williams

     District Court Case Number:   3:10-cv-03074-LRR