Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 02, 2014

Mr. Dustin Lee Honken
FEDERAL CORRECTIONAL INSTITUTION
06951-029
P.O. Box 33
Terre Haute, IN  47808-0000

     RE:  14-1329  Dustin Honken v. United States

Dear Mr. Honken:

     Enclosed is a copy of the dispositive order entered today in the referenced case.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

                        Michael E. Gans
                        Clerk of Court

LMT

Enclosure(s)

cc:    Shawn Nolan
       Mr. Rob Phelps
       Mr. Charles J. Williams

       District Court/Agency Case Number(s):  3:10-cv-03074-LRR