# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1329

Dustin Lee Honken

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:10-cv-03074-LRR)
_____

## ORDER

A petition for rehearing has been filed by the appellant in the above case. The court requests a response to the petition for rehearing en banc.

The response is limited to fifteen pages and should be filed electronically by June 30, 2014.

June 18, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans