# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## Case No. 14-1329

---

## DUSTIN LEE HONKEN,

### Appellant,

### v.

## UNITED STATES OF AMERICA,

### Appellee.

---

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PANEL REHEARING AND REHEARING EN BANC

---

## CAPITAL § 2255 PROCEEDINGS
### (District Court Case No. CV-10-3074-LRR)

Shawn Nolan
Chief, Capital Habeas Unit
Aren Adjoian
Timothy Kane
Assistant Federal Defenders
Federal Community Defender Office
 for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

July 3, 2014

Appellant, Dustin Honken, respectfully moves for leave to file the attached *Reply Brief in Support of Petition for Panel Rehearing and for Rehearing En Banc*. In support of this unopposed motion, Mr. Honken states as follows:

1. Mr. Honken is a federal prisoner under a sentence of death for charges arising from the murders of five people in Iowa in 1993. Following direct appeal, the district court denied relief under 28 U.S.C. § 2255, and denied a certificate of appealability (COA) on all claims. Mr. Honken then sought a COA from a panel of this Court on five claims; that application was denied on May 2, 2014.

2. Following the panel's denial of a COA, Mr. Honken petitioned for panel rehearing and rehearing en banc on a single issue, which, if ultimately successful, would leave him to serve multiple sentences of life in prison without the possibility of release. The Court directed the Government to file a response to the petition, which it did on June 30, 2014.

3. The government's *Response* raises arguments that make a brief reply necessary and appropriate under the circumstances of this capital case.

4. The proposed reply, which totals 5 pages, is being filed contemporaneously to this motion.

5. Undersigned counsel contacted counsel for the Government, C.J. Williams, who indicated that the Government has no objection to this motion.

WHEREFORE, for the foregoing reasons, Appellant respectfully requests that the Court grant leave to file a reply in support of his petition for rehearing and rehearing en banc.

Respectfully submitted,

/s/ Shawn Nolan
Shawn Nolan
Chief, Capital Habeas Unit
Aren Adjoian
Timothy Kane
Assistant Federal Defenders
Federal Community Defender Office
  for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

July 3, 2014

**Certificate of Service**

I, Shawn Nolan, hereby certify that on this 3rd day of July, 2014, I filed the foregoing *Motion for Leave to File Reply in Support of Petition for Panel Rehearing and Rehearing En Banc* with service via electronic delivery to:

C.J. Williams
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
cj.williams@usdoj.gov

/s/ Shawn Nolan
Shawn Nolan