# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1329

Dustin Lee Honken

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:10-cv-03074-LRR)
_____

**ORDER**

The petition for rehearing *en banc* is denied.  The petition for panel rehearing is also denied.

Judge Bye would grant the petition for rehearing *en banc*.

Judge Colloton and Judge Kelly did not participate in the consideration or decision of this matter.

July 18, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans