# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1329

Dustin Lee Honken

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Northern District of Iowa - Ft. Dodge
(3:10-cv-03074-LRR)

---

## MANDATE

In accordance with the judgment of 05/02/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 28, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit