# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT
## CLERK'S OFFICE

## RECORDS TRANSMITTAL SHEET

**DATE:**      August 07, 2014

RE:      14-1329  Dustin Honken v. United States

**TO:**      Rob Phelps

**FROM:**      James J. Foster

Enclosed are the following records for return to your office:

    Original file:               Transcript:

    Deposition:              Sealed:

    Exhibits:

    Other:   1 envelope and 1 box of sealed records

    [x]  Case closed             [ ]  Counsel appointed

    [ ]  Per your request         [ ]  Return to this office

Enclosure(s)

    District Court/Agency Case Number(s):  3:10-cv-03074-LRR

JJF