# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 29, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:  Dustin Lee Honken
           v. United States
           No. 14-7733
           (Your No. 14-1329)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 1, 2014 and placed on the docket December 29, 2014 as No. 14-7733.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst