# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102


      Re:  Dustin Lee Honken
          v. United States
          No. 14-7733
          (Your No. 14-1329)


Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Kagan took no part in the consideration or decision of this petition.


Sincerely,

Scott S. Harris, Clerk