# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Dustin Honken    vs. United States of America

**The Clerk will enter my appearance as Counsel in Appeal No.** 14-1329   for the following party(s): (please specify)

United States of America

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☑ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Justin Lightfoot    s/: *Justin Lightfoot*

Firm Name: U.S. Attorney's Office

Business Address: 111 Seventh Avenue, S.E., Box 1

City/State/Zip: Cedar Rapids, IA 52401-2101

Telephone Number (Area Code): 319-363-6333

Email Address: Justin.Lightfoot@usdoj.gov

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 7/2/2020   , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: