

# U. S. Department of Justice

*United States Attorney*
*Northern District of Iowa*

---

*111 Seventh Avenue, SE*    *319-363-6333*
*Box 1*    *319-363-1990 (fax)*
*Cedar Rapids, IA 52401-2101*    *319-286-9258 (tty)*

July 2, 2020

Michael E. Gans
The Honorable Clerk of Court
Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse
Room 24.329
111 South 10th Street
St. Louis, MO  63102

      Re:  *Dustin Honken v. United States*
          Case No. 14-1329

Dear Mr. Gans:

    This letter serves as a notification of substitution of counsel in the above-referenced case.  C.J. Williams will no longer be handling the appeal. Sean R. Berry has filed a notice of appearance and will be handling the case.

    If you have any questions, please do not hesitate to contact me.

                Respectfully submitted,

                PETER E. DEEGAN, JR.
                United States Attorney

                By, */s/ Sean R. Berry*

                SEAN R. BERRY
                Assistant United States Attorney
                111 7th Avenue SE, Box 1
                Cedar Rapids, IA  52401-2101
                (319) 363-6333, (319) 363-1990 (Fax)
                Sean.Berry@usdoj.gov

cc:    Shawn Nolan
       Timothy P. Kane